**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES FRANCISCO FUENTES, JR.,<br><br>       Plaintiff,<br><br>   v.<br><br>DIAZ, et al.,<br><br>       Defendants. | No. 1:24-cv-00865 JLT EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. 11) |

James Francisco Fuentes, Jr., is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action. On February 18, 2026, the assigned magistrate judge issued findings and recommendations to dismiss this case with prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order. (Doc. 11.)  The Court served the findings and recommendations on Plaintiff and notified him that objections were due in thirty days. (*Id.* at 9.)  The Court advised him that his "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file any objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case.  Having carefully reviewed the matter, the Court concludes the findings and

1

recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.  The findings and recommendations issued on February 18, 2026, (Doc. 11), are **ADOPTED IN FULL.**

2.  This case is **DISMISSED** with prejudice based on Plaintiff's failure to state a claim, failure to prosecute, and failure to comply with a court order.

3.  The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   __**April 6, 2026**__                              _Jennifer L. Thurston_____

UNITED STATES DISTRICT JUDGE

2